**Order entered June 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00469-CV

**RONNA HODGES, Appellant**

**V.**

**JOHN CURTIS HODGES, ET AL, Appellees**

**On Appeal from the County Court at Law No. 2**
**Hunt County, Texas**
**Trial Court Cause No. CC1700152**

## ORDER

The appellate record in this appeal is overdue. Both appellee and the County Clerk have informed the Court that the trial court has found appellant is not indigent and is able to pay costs. *See* TEX. R. APP. P. 145. Accordingly, we **ORDER** appellant to file, no later than June 29, 2018, written verification she has paid or made arrangements to pay the fees for the clerk's and reporter's records. We caution appellant that failure to provide the requested verification as to the reporter's fee may result in the appeal being submitted without the reporter's record; failure to provide the requested verification as to the clerk's fee may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 37.3(b),(c).

/s/     DAVID EVANS
         JUSTICE